UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL ERIC SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT, et al,<br><br>　　　　Defendants. | Case No. 5:24-cv-01246-PA (DTB)<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |

　　On May 2, 2025, Defendants Sergeant Calzano, Sergeant Lozano, and Sergeant Negrete (erroneously sued as Sergeant Negrette), appeared and filed a Motion to Dismiss Plaintiff's First Amended Complaint ("Motion"). (Docket No. 23). On May 6, 2025, the Court issued an Order setting a briefing schedule on the Motion. (Docket No. 25). On May 8, 2025, the Court provided Plaintiff with a status of this action as well as a copy of the Motion. (Docket No. 27).

　　On May 19, 2025, the Court's May 6, 2025 Order setting a briefing schedule on the Motion was returned from the institution marked as "Released" and "Return to Sender." (Docket No. 31).

1

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Rule 41-6. Therefore, Plaintiff is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Plaintiff may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Plaintiff's response is due no later than **June 27, 2025.**

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

Dated: May 29, 2025

_____
DAVID T. BRISTOW
United States Magistrate Judge