UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL ERIC SMITH,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT, et al,<br><br>Defendants. | Case No. 5:24-cv-01246-PA (DTB)<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |

On January 26, 2026, the Court issued an Order Granting Defendants' Motion to Dismiss First Amended Complaint; Order Denying Defendants' Motion for a More Definite Statement ("January 26, 2026 Order"). (Docket No. 52).

On February 25, 2026, the Court's January 26, 2026 Order was returned from the institution marked as "RTS" and "Return to Sender Not Deliverable as Addressed." (Docket No. 54).

On March 4, 2026, the Court issued an Order Regarding Plaintiff's Returned Mail ("March 4, 2026 Order") wherein it Court extended Plaintiff's time up to and

1

including April 6, 2026 to response to the Court's January 26, 2026 Order and file a Second Amended Complaint. (Docket No. 55).

On April 3, 2026, the Court's March 4, 2026 Order was returned from the institution marked as "RTS Whereabouts Unknown" and "Return to Sender Not Deliverable as Addressed." (Docket No. 56).

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Rule 41-6. Therefore, Plaintiff is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Plaintiff may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Plaintiff's response is due no later than **May 8, 2026.**

**Plaintiff is hereby cautioned that the failure to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

Dated: April 15, 2026    _____
_____
DAVID T. BRISTOW
United States Magistrate Judge

2