**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL ERIC SMITH, | Case No. 5:24-cv-01246-PA (DTB) |
| Plaintiff, | **J U D G M E N T** |
| v. | |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al, | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: June 9, 2026

_____
PERCY ANDERSON
United States District Judge

1